AO62
Rev 0599
IAN

**ORIGINAL**
RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF IOWA
at Cedar Rapids

**123140**

RECEIVED FROM O'Connor & Thomas
P O Box 599
Dubuque, Ia 52004

**Fund:**
6855XX-D08IANX
  Deposit Fund
604700-D08IANX
  Registry Fund
**General & Special Funds:**
085000 Atty Adm Fees
086900 Filing Fees
0869PL Prisoner IFP F.Fees
109900 Criminal Debt Penalty /
    Costs of Prosecution
322350 Copy Fees
322360 Miscellaneous Fees
504100 Crime Victims Fund
510000 Filing Fees Spec Acct
5100PL Prisoner IFP Filing Fee
510100 Registry Fee Assessed

| ACCOUNT | AMOUNT | |
|---|---|---|
| 510000 | 90 | 00 |
| 086900 | 60 | 00 |
| TOTAL | 150 | 00 |

Case Number or Other Reference
C04-1031

filing fee

Checks and drafts are accepted subject to collection
and full credit will only be given when the check or
draft has been accepted by the financial institution
on which it was drawn.

DATE 7/29/04    Cash ☐ Check ✓ M.O. ☐ Credit ☐    DEPUTY CLERK G. Clark